

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00071-CV

---

Maria D. Alvarado Ramirez, Appellant

v.

ZGD Investments, LLC, Appellee

---

On Appeal from the County Court at Law No. 6
El Paso County, Texas
Trial Court No. 2025-CCV00929

---

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* Tex. R. App. P. 42.3.

On January 26, 2026, the Clerk of this Court sent Appellant, Maria D. Alvarado Ramirez, a letter requesting payment of the required filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rule from paying costs). The letter notified Ramirez that her appeal could be dismissed if she failed to pay the required fee by February 6, 2026. *See* Tex. R. App. P. 42.3(c) (authorizing an appellate court to dismiss an appeal

where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, Ramirez has not paid the filing fee or otherwise shown an excuse from payment. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c). All pending motions are denied as moot.

MARIA SALAS MENDOZA, Chief Justice

February 13, 2026

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.